UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-60182 CR-COHN

MAGISTRATE JUDGE
SELTZER

CASE NO.

26 U.S.C. §7206(1)

UNITED STATES OF AMERICA

vs.

JEFFREY CHERNICK,

    Defendant.

_____/

The United States Attorney charges:

## INFORMATION

On or about October 14, 2008, in the Southern District of New York and elsewhere, the defendant,

**JEFFREY CHERNICK,**

a resident of Stanfordville, New York, did willfully make and subscribe to United States Individual Income Tax Return, IRS Form 1040 and accompanying schedules, for calendar year 2007, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, that he did not believe to be true and correct as to every material matter, in that the tax return included false items, to wit: (1) on Schedule B, Part III, line 7a of

the 2007 tax return, defendant JEFFREY CHERNICK failed to report that he had an interest in or a signature or other authority over a financial account(s) at UBS AG in Switzerland; and (2) on Line 22 of the Form 1040 of the 2007 tax return, defendant JEFFREY CHERNICK failed to report income earned on his UBS AG Swiss bank accounts.

In violation of Title 26, United States Code, Section 7206(1).

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
KEVIN M. DOWNING
SENIOR TRIAL ATTORNEY
MICHAEL P. BEN'ARY
TRIAL ATTORNEY

_____
JEFFREY A. NEIMAN
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JEFFREY CHERNICK,

_____ **Defendant.** ___ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB     ___ FTP

New Defendant(s)         Yes ___   No ___
Number of New Defendants      ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _____
   List language and/or dialect   _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_           Petty    ___
   II   6 to 10 days     ___           Minor    ___
   III  11 to 20 days    ___           Misdem.  ___
   IV   21 to 60 days    ___           Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _NO_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers: 08-6099-CR-ZLOCH; 08-60322-CR-COHN; 09-60033-CR-COHN; 09-60089-CR-COHN
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.: 544469

*Penalty Sheet(s) attached                                              REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __JEFFREY CHERNICK__   No.: _____

**Count #1:**
Filing False Tax Returns; in violation of 26:7206(1)
*Max Penalty: Three years' imprisonment; 1 year supervised release and $250,000 fine.

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

AO 455 (Rev. 01/09) Waiver of Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 09-60182 |
| JEFFREY CHERNICK | ) | CR-COHN |
| Defendant | ) | MAGISTRATE JUDGE SELTZER |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After reading his advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title